# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CONLIN, WILLIAM § Case No. 09-14546-JS
CONLIN, DIANE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID GROCHOCINSKI, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of U.S. Bankruptcy Court
   219 S. Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on 01/08/2010 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  12/02/2009          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                           Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CONLIN, WILLIAM § Case No. 09-14546-JS
     CONLIN, DIANE § 
 § 
Debtor(s) § 

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $ 9,001.39

*and approved disbursements of*      $ 0.00

*leaving a balance on hand of* [1]      $ 9,001.39

Claims of secured creditors will be paid as follows:

*Claimant*      *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $ 1,650.10 | $ |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 1,315.00 | $ 35.08 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 233,306.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 14,011.07 | $ 360.38 |
| 2 | CAPITAL ONE BANK (USA), N.A., C/O TSYS DEBT MGMT | $ 13,535.75 | $ 348.15 |
| 3 | Chase Bank USA, N.A. | $ 28,613.70 | $ 735.97 |
| 4 | Chase Bank USA, N.A. | $ 19,041.96 | $ 489.77 |
| 5 | Chase Bank USA, N.A. | $ 3,724.68 | $ 95.80 |
| 6 | Chase Bank USA, N.A. | $ 28,001.29 | $ 720.21 |
| 7 | Chase Bank USA, N.A. | $ 5,395.40 | $ 138.77 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE | $ 24,800.22 | $ 637.88 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE | $ 31,493.86 | $ 810.05 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE | $ 23,870.53 | $ 613.97 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE | $ 8,525.81 | $ 219.29 |
| 13 | United States Department of Education | $ 20,235.22 | $ 520.47 |
| 14 | United States Department of Education | $ 11,921.75 | $ 306.64 |
| 15 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 135.54 | $ 3.49 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                   Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                   Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vbrown                 Page 1 of 1                  Date Rcvd: Dec 04, 2009
Case: 09-14546                 Form ID: pdf006              Total Noticed: 23

The following entities were noticed by first class mail on Dec 06, 2009.
db/jdb        +William J. Conlin,   Diane Conlin,   37 S. Lewis,    Lombard, IL 60148-2910
aty           +Robert N Honig,    276 N. Addison Ave.,    Elmhurst, IL 60126-2723
tr            +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
13822695       Bank of America,    P.O. Box 15019,   Wilmington, DE 19886-5019
13822694       Bank of America,    P.O. Box 15726,   Wilmington, DE 19886-5726
14355914      +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
                NORCROSS, GA 30091-5155
13822697      +CCO Mortgage,   P.O. Box 42102,    Providence, RI 02940-2102
13822696       Capital One Bank,    P.O. Box 6492,   Carol Stream, IL 60197-6492
13822698       Chase,   P.O. Box 9001020,    Louisville, KY 40290-1020
14424145       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
13822699       Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13822701      +Disney Vacation Club,    200 Celebration Place,   Celebration, FL 34747-4600
14475183       FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK 73124-8809
14687300      +GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13822702       GMAC,   P.O. Box 9001951,    Louisville, KY 40290-1951
13822703       Iowa Student Loan Liquidity Corp.,    P.O. Box 7388,    Des Moines, IA 50309-7388
13822705       Patrick Conlin,    37 S. Lewis Ave.,   Lombard, IL 60148-2910
13822706     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    P.O. Box 5855,    Carol Stream, IL 60197)
13822707       U.S. Department of Education,    P.O. Box 530260,    Atlanta, GA 30353-0260
14528416       United States Department of Education,    Direct Loan Servicing Center,   P.O. Box 5609,
                Greenville, TX 75403-5609

The following entities were noticed by electronic transmission on Dec 04, 2009.
14300806       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 04 2009 23:09:47     DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,   New Albany, Ohio 43054-3025
13822700       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 04 2009 23:09:47     Discover,   P.O. Box 6103,
                Carol Stream, IL 60197-6103
13822704       E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2009 23:17:16     JC Penney,    P.O. Box 960090,
                Orlando, FL 32896-0090
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 06, 2009**                           **Signature:** _Joseph Speetjens_